# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| **Plaintiff,** | : |
| v. | : Case No. : 21-CR-205 (DLF) |
| **PATRICIA TODISCO,** | : |
| **Defendant.** | : |

## NOTICE OF CHANGE IN COUNSEL
## FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Ubong Akpan has assumed responsibility for the defense of Patricia Todisco in the above-captioned case. Ms. Todisco's case had previously been assigned to Assistant Federal Public Defender David Bos.

Respectfully submitted,

/s/
UBONG AKPAN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500