# EXHIBIT 1



The Honorable Judge Fredrich:

    The statement written below is an attestation as to Ms. Patricia Todisco's moral compass: I have known Patricia my entire life. She is my cousin but also my friend. They say we cannot choose our family but we can choose our friends. I have chosen her as my friend and sister. I have seen Patricia grow into the person she is today, which is a kind, strong and loving human being. She has been through many struggles but has always managed to put family and friends first. Patricia is the "go to" person when somebody is in trouble. No matter how busy she is with work, she always finds the time to lend an ear and soothing words. She has become a mentor to those who continue to struggle with their personal journey. I speak from personal experience when I say that Patricia has aided in my becoming a more stable and empathetic person. She has shown me how to refrain from judgements and has proved that things are not always how they seem. She has shown me that second chances are worth giving. In my life, I was very quick to cut people off and it has resulted in a lonely life. Patricia has worked with me to forgive those who I held resentments for. Because of her mentoring, I now have a close relationship with my mother. Aside from being the family's rock, she has chosen a profession in which she saves lives daily as a nurse. Her goal is to work with addicts and aid in recovery. In addition to her love of family and friends, she is also an avid animal lover. She has a dog, Benji, who is more like a child to her than a dog. She takes care of him better than any person could care for an animal. It takes a special person to love a dog the way she loves Benji. He is her world, and she is his.

    A person such as this is not just a contributing member to society but an active part in the lives of those around her. A person such as this would never knowingly violate a law or put anyone in harm's way for her own personal gain. She is a fearless fighter and has always stood up for what she believes is right. She believes in a free America. She

believes in a nation under God. She is a person of conviction and character. She is my friend.

Yours Truly

[signature redacted]

Date: July 7th 2022