# EXHIBIT 2



July 7, 2022

To The Honorable Judge Friedrich:

My name is ▓▓▓▓▓▓▓▓, and I am writing this letter on behalf of my younger sister, Patricia Todisco, who I've known for over 33 years. I currently reside in New Jersey with my family, including my ▓▓▓▓▓▓▓▓▓▓▓▓ Patricia's nephew. I've worked for Verizon for the past 17 years in various leadership positions and understand the importance of accountability which is why I am taking the time to share this letter with you.

I've witnessed my sister through every season of her life. I've seen her flourish and I've seen her make mistakes. No matter what she was facing, she always did it with passion and concern for others. When she made mistakes, she accepted them and always wanted to know how she could do better.

Patricia is the type of person who will go out of her way to help someone in need and to make sure they're safe.

I'll never forget the time when I was in Camden, NJ for a concert and my car broke down. Patricia was still in nursing school at this time and had a very heavy workload. As I was frantically trying to figure out what to do and concerned about my safety, my sister sent me one of her random messages to let me know she loved me and was thinking about me. When I told her what was happening, without hesitation, she jumped in her car and drove 2 ½ hours to come be with me and make sure I made it home safe.

Patricia cares about others without question so it was no surprise to me when she expressed her desire to become a registered nurse. When my sister received her RN license in May of 2020, I felt a sigh of relief for all those who would eventually be in her care because of her thoughtfulness, patience, and compassion.

I feel blessed to know my son has an aunt who will always be there for him and always hold herself accountable to being the best version of herself for him to see.

I understand the seriousness of this matter; however my hope is this letter serves as a positive and contributing factor regarding Patricia and her sentencing. I am available via email and phone, provided above, if you should need anything further.

Thank you.

Faithfully and Sincerely,

▓▓▓▓▓▓▓▓