# EXHIBIT 3

Your Honorable Judge Fredrich,

    I wrote and rewrote the first sentence of this statement over 20 times because I still feel that any words will never express what exactly I feel everyday since this incident occurred. That statement still holds no weight. I sit here and think about how far I've come as an individual, and say to myself every single day, this is what you always prayed for, what you worked so hard for, and you jeopardized it all.

    I was raised by a warrior. A strong woman that taught me right from wrong and instilled every core value that was necessary to become a strong, upstanding individual. I weathered a lot of physical, mental, and emotional trauma during my lifetime, but it never strayed me from being a law-abiding citizen who was so deeply connected to everything around myself that I felt things more than most. ███

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

My family has always been the most important factor in my life and without them I can honestly say I would not be who I am today, let alone here today.

    As I grew up, I realized the importance of everything my mother had taught me, and just how important it all was. I overcame every single obstacle that I faced and achieved the biggest accomplishment in my life which was becoming a Registered Nurse, at the beginning of a pandemic. I threw myself right into the beast and didn't think twice because my passion has always been to help others and make them feel safe and taken care of. I take pride in being the best nurse I can be, and pride myself on my critical thinking skills and ability to assess situations for what they are while dealing with the sick patients I encounter daily. I keep a low profile and enjoy doing things on my own that will better me as an individual in the long-term. I spend my days off trying to become better than I was the day prior and giving my dog the best life, he could possibly have.

    For the past year and a half, I have woken up every single day with a knot in my stomach and a lump in my throat because my regret and remorse for what I partook in is debilitating and eating me up

inside. My mental health has suffered immensely from my actions and the only solace I find is within God at this time. There is not a day that passes that I do not cry and wonder why I would do what I did on January 6. I don't have an explanation, or a reason as to why I did it, other than I truly had a momentary lapse in judgment. The energy was extremely heavy and deep that day and I truly have no excuse for why I did what I did, but I certainly do have insurmountable remorse. I am a nurse who takes care of the sickest of sick patients and takes pride in my critical thinking and assessment skills in situations that are extremely crucial. I should have known better than to partake in what I did, and although it may not make sense, something about the energy of the day took over my logic and I risked everything I have and love for absolutely no good reason.

    I could say sorry for the duration of this statement, but it would never truly convey my sympathy and my remorse, along with the pain and turmoil I live with every single day. I am a person who heals, who helps people in their lowest points, who holds hands of family members when their loved ones received bad news or just passed. I pride myself on empathy and understanding and apologizing when you know you were wrong. I have lived 33 years and never once broken any rules or laws set forth by any state or county, I have lived in. I say this with the most upmost sincerity that I am truly sorry for stepping foot in the Nation's Capitol that day. I disrespected the great country in which I live and love and for that I ask for forgiveness. I thank you for your time for listening to this statement.