# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| v. ) | CR. NO. 21-205 (DLF) |
| **PATRICIA TODISCO** ) | |

## UNOPPOSED MOTION FOR TRAVEL

Patricia Todisco, through undersigned counsel, respectfully moves this Honorable Court to permit her travel to from Florida to New Jersey and states as follows:

1) Ms. Todisco was sentenced to 36 months' probation on July 12, 2022.

2) She resides and works in Florida and her probation has been transferred to the Southern District of Florida.

3) Ms. Todisco wishes to visit her mother, who lives in New Jersey, from July 16th to July 20th. Ms. Todisco is originally from New Jersey.

4) The government does not oppose this motion.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Ubong E. Akpan
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C. 20004
(202) 208-7500

## **CERTIFICATE OF SERVICE**

I, Ubong E. Akpan, certify that on this 13th day of July 2022, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government via email.

                                                     /s/
                                        Ubong E. Akpan
                                        Assistant Federal Public Defender