**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | **CR. NO. 21-205 (DLF)** |
| **PATRICIA TODISCO** | ) | |

## SUPPLEMENT TO MOTION FOR TRAVEL

Patricia Todisco, through undersigned counsel, respectfully provides this Supplement to her Motion to Travel, filed at ECF No. 73.

On August 6th, undersigned counsel received an email response from government counsel to the request for travel.  Government counsel does not oppose.  Government counsel is on vacation and hopes to file her notice that she does not oppose today.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Ubong E. Akpan
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C.  20004
(202) 208-7500

## <u>CERTIFICATE OF SERVICE</u>

I, Ubong E. Akpan, certify that on this 8th day of August 2022, I caused a copy of the foregoing Supplement to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government via email.

_____/s/_____

Ubong E. Akpan
Assistant Federal Public Defender
