UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | CR. NO. 21-205 (DLF) |
| **PATRICIA TODISCO** | ) | |

## MOTION FOR TRAVEL

Patricia Todisco, through undersigned counsel, respectfully moves this Honorable Court to permit her travel to Mexico and states as follows:

1) Ms. Todisco's cousin is getting married in Mexico in February 2025.

2) Ms. Todisco requests that she be permitted to travel to Mexico on February 13, 2025 and return to the United States on February 17, 2025 to attend the wedding.

3) Undersigned counsel has confirmed with Ms. Todisco's probation officer in the Southern District of Florida that the probation officer does not oppose this request.

4) In September 2024, this Honorable Court granted Ms. Todisco's previous international travel request.

WHEREFORE, for the foregoing reasons, Ms. Todisco requests that this Honorable Court grant this motion to travel.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Ubong E. Akpan
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C. 20004
(202) 208-7500

## CERTIFICATE OF SERVICE

I, Ubong E. Akpan, certify that on this 17th day of January 2025, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government via email.

/s/
Ubong E. Akpan
Assistant Federal Public Defender